Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Jennifer R. Hargis, Esq.
Nevada Bar No. 11392
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
*Attorneys for Defendants WELLS FARGO BANK, N.A. (incorrectly named as AMERICA'S SERVICING COMPANY aka WELLS FARGO HOME MORTGAGE)*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERWIN GARCIA, an individual and EMMA GARCIA, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAS SERVICING COMPANY aka WELLS FARGO HOME MORTGAGE, a corporation and DOES I through X inclusive,<br><br>Defendants. | Case No. 2:10-cv-00577-RLH-LRL<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR FILING RESPONSE IN OPPOSITION AND REPLY IN SUPPORT OF MOTION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Erwin and Emma Garcia, through counsel, Boggess & Harker, and Defendant Wells Fargo Bank, N.A., ("Wells Fargo") through counsel, Snell and Wilmer L.L.P. that Plaintiffs may file a response in opposition to the *Motion To Dismiss Plaintiffs' Complaint, Or In The Alternative, For Summary Judgment, And For Release Of Lis Pendens* [DE 4] (the "Motion") on May 19, 2010.

/ / /

/ / /

/ / /

11467664.2

IT IS HEREBY FURTHERY STIPULATED AND AGREED THAT Wells Fargo may file a reply to the Motion on June 2, 2010.

| Dated this 5th day of May 2010. | Dated this 5th day of May 2010. |
|---|---|
| SNELL & WILMER L.L.P. | BOGGESS & HARKER |
| By: /s/ *Cynthia L. Alexander*<br>Cynthia L. Alexander, Esq.<br>Jennifer R. Hargis, Esq.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV  89169<br>*Attorneys for Defendant* | By: /s/ *Michael J. Harker*<br>Michael J. Harker, Esq.<br>Boggess & Harker<br>5550 Painted Mirage Rd.<br>Suite 255<br>Las Vegas, NV 89149<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED that Guzman may file a response in opposition to the *Motion To Dismiss Plaintiffs' Complaint, Or In The Alternative, For Summary Judgment, And For Release Of Lis Pendens* [DE 4] (the "Motion") on May 19, 2010, and Wells Fargo may file a reply to the Motion on June 2, 2010 .

DATED this ____ day of _____ 2010.

_____
DISTRICT COURT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: /s/ Cynthia L. Alexander
Cynthia L Alexander, Esq.
Jennifer R. Hargis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
*Attorneys for Defendant*

11467664.2